DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON


MICHAEL S. WARDA, SBN 176360
2350 West Monte Vista Avenue
Turlock, CA 95382
Telephone: (209) 667-1889
Facsimile: (209) 667-1809

Attorney for Defendants:
ELIASER MONTANEZ

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>PLAINTIFF,<br><br>v.<br><br>**ELIASER MONTANEZ**, dba EL CHARRO RESTAURANT, **JOHN SIMON**, as an individual and in his representative capacity of the ROSE SIMON 2002 TRUST, and, or, ROSEMARY SIMON 2002 TRUST, **ROSEMARY SIMON**, as an individual and in her representative capacity of the ROSE SIMON 2002 TRUST, and, or, ROSEMARY SIMON 2002 TRUST,  and DOES 1-10, inclusive,<br>          DEFENDANTS. | **CASE NO.: 1:15-cv-00803-SAB**<br><br>**STIPULATION REGARDING CONTINUANCE OF SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff, CYNTHIA HOPSON, and Defendant, ELIASER MONTANEZ, respectfully report to the Court that they have conferred regarding the status conference, currently scheduled

1

for September 15th, 2015.  The parties stipulate to a continuance of the status conference for at least thirty (30) days.

**IT IS HEREBY STIPULATED.**

Dated:  September 9th, 2015              Respectfully submitted,

/s/Daniel Malakauskas_____
By: Daniel Malakauskas,
Attorney for Plaintiff,
CYNTHIA HOPSON

Dated:  September 9th, 2015              /s/Andrew K. Rauch_____
By; Michael Warda,
Attorneys for Defendant,
ELIASER MONTANEZ

**ORDER**

**IT IS HEREBY ORDERED**, that the status conference is continued from September 15th, 2015 to October 19, 2015 at 9:00 a.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **September 10, 2015**            _____
UNITED STATES MAGISTRATE JUDGE