DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON


MICHAEL S. WARDA, SBN 176360
2350 West Monte Vista Avenue
Turlock, CA 95382
Telephone: (209) 667-1889
Facsimile: (209) 667-1809

Attorney for Defendants:
ELIASER MONTANEZ

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>PLAINTIFF,<br><br>v.<br><br>**ELIASER MONTANEZ**, dba EL CHARRO RESTAURANT, **JOHN SIMON**, as an individual and in his representative capacity of the ROSE SIMON 2002 TRUST, and, or, ROSEMARY SIMON 2002 TRUST, **ROSEMARY SIMON**, as an individual and in her representative capacity of the ROSE SIMON 2002 TRUST, and, or, ROSEMARY SIMON 2002 TRUST, and DOES 1-10, inclusive,<br>                     DEFENDANTS. | **CASE NO.: 1:15-cv-00803-SAB**<br><br>**STIPULATION REGARDING CONTINUANCE OF SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff, CYNTHIA HOPSON, and Defendant, ELIASER MONTANEZ, respectfully report to the Court that they have conferred regarding the status conference, currently scheduled

1

for October 19th, 2015.  The parties stipulate to a continuance of the status conference for at least thirty (30) days.

Specifically, Defendant, ELIASER MONTANEZ, answered on June 25th, 2015. Defendant, JOHN SIMON, was served through substituted service on October 1st, 2015. Defendant, ROSEMARY SIMON, was served on September 28th, 2015.

The parties therefore wish to stipulate to a continuance to give the newly served parties time to answer the complaint.

**IT IS HEREBY STIPULATED.**

Dated: October 12th, 2015　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Daniel Malakauskas_____
　　　　　　　　　　　　　　　　　　　　　　By: Daniel Malakauskas,
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　CYNTHIA HOPSON

Dated: October 12th, 2015　　　　　　　　　/s/Michael Warda_____
　　　　　　　　　　　　　　　　　　　　　　By; Michael Warda,
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　ELIASER MONTANEZ

**ORDER**

**IT IS HEREBY ORDERED**, that the status conference is continued from October 19th, 2015 until November 17, 2015 at 3:00 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **October 14, 2015**

UNITED STATES MAGISTRATE JUDGE

3