# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIASER MONTANEZ, dba EL CHARRO RESTAURANT, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00803-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>OCTOBER 28, 2016 DEADLINE |

On September 12, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 25.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before October 28, 2016.

IT IS SO ORDERED.

Dated: **September 13, 2016**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1