# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIASER MONTANEZ, dba EL CHARRO RESTAURANT, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00803-SAB<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 27) |

On September 12, 2016, the parties filed a notice of settlement, and an order issued on September 13, 2016, requiring the parties to file dispositive documents on or before October 28, 2016.  On October 31, 2016, Plaintiff filed a request for an extension of time to file dispositive documents.  The Court finds good cause to grant the request.  However, the Court advises the parties that any future requests for extensions of time should be made before the expiration of a deadline.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositive documents on or before December 5, 2016.

IT IS SO ORDERED.

Dated:   **November 2, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1