1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7

8

9  CYNTHIA HOPSON,

10           Plaintiff,

11      v.

12  ELIASER MONTANEZ, dba EL CHARRO
    RESTAURANT, et al.,

13           Defendants.

14

15

| | |
|---|---|
| Case No.  1:15-cv-00803-SAB | |

ORDER REQUIRING PLAINTIFF TO
SHOW CAUSE WHY THIS ACTION
SHOULD NOT BE DISMISSED FOR
FAILURE TO COMPLY WITH A COURT
ORDER

(ECF No. 28)

FIVE DAY DEADLINE

16      On September 12, 2016, the parties filed a notice of settlement, and an order issued on

17  September 13, 2016, requiring the parties to file dispositive documents on or before October 28,

18  2016.  On October 31, 2016, Plaintiff filed a request for an extension of time to file dispositive

19  documents.  On November 2, 2016, the Court granted Plaintiff's request for an extension of time

20  to December 5, 2016 to file dispositive documents.  The parties were advised that any future

21  requests for extensions of time should be made before the expiration of a deadline.  Dispositive

22  documents were not filed, nor did the parties otherwise respond to the November 2, 2016 order.

23      Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

24  Rules or with any order of the Court may be grounds for imposition by the Court of any and all

25  sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

26  control its docket and may, in the exercise of that power, impose sanctions where appropriate,

27  including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

28  2000).

Accordingly, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE within **five (5)**
**days** of the date of entry of this order why this action should not be dismissed for failure to
comply with the November 2, 2016 order.  **Plaintiff is forewarned that the failure to show**
**cause may result in the imposition of sanctions, including the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **December 7, 2016**

_____
UNITED STATES MAGISTRATE JUDGE