# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIASER MONTANEZ, dba EL CHARRO RESTAURANT, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00803-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS OR WITHDRAWAL OF NOTICE OF SETTLEMENT BY DECEMBER 31, 2016<br><br>(ECF No. 29) |

　　　　On September 12, 2016, the parties filed a notice of settlement, and an order issued on September 13, 2016, requiring the parties to file dispositive documents on or before October 28, 2016. On October 31, 2016, Plaintiff filed a request for an extension of time to file dispositive documents. On November 2, 2016, the Court granted Plaintiff's request for an extension of time to December 5, 2016, to file dispositive documents. The parties were advised that any future requests for extensions of time should be made before the expiration of a deadline. Dispositive documents were not filed, nor did the parties otherwise respond to the November 2, 2016 order.

　　　　On December 7, 2016, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's November 2, 2016 order. On December 11, 2016, Plaintiff filed a response to the order to show cause. Plaintiff's counsel states that he hoped to file a dismissal even if it was a day or two late and that he believed the

1

case would be resolved promptly. Based on Plaintiff's response, the order to show cause shall be discharged, however, counsel is advised that the Court expects the parties to file requests for extensions of time before the expiration of a deadline. The parties shall file dispositional documents or a withdrawal of the notice of settlement on or before Saturday, December 31, 2016. A failure to file dispositional documents or a withdrawal of the notice of settlement will result in the imposition of sanctions, including dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued December 7, 2016 is DISCHARGED;
2. The parties shall file dispositional documents or a withdrawal of the notice of settlement on or before Saturday, December 31, 2016; and
3. Failure to file dispositional documents or a withdrawal of the notice of settlement in compliance with this order will result in the imposition of sanctions, including dismissal of this action.

IT IS SO ORDERED.

Dated: **December 12, 2016**

UNITED STATES MAGISTRATE JUDGE