# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIASER MONTANEZ, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00803-SAB<br><br>ORDER RE REQUEST TO WITHDRAW NOTICE OF SETTLEMENT<br><br>ORDER SETTING SCHEDULING CONFERENCE FOR JANUARY 17, 2017<br><br>(ECF No. 32) |

　　　　On September 12, 2016, the parties filed a notice of settlement.  On September 13, 2016, the Court vacated the pending matters and dates and ordered the parties to file dispositional documents on or before October 28, 2016.  On October 31, 2016, Plaintiff filed a request for an extension of time to file dispositional documents.  On November 2, 2016, the Court granted Plaintiff's request for an extension of time to December 5, 2016, to file dispositional documents. Dispositional documents were not filed, nor did the parties otherwise respond to the November 2, 2016 order.

　　　　On December 7, 2016, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's November 2, 2016 order.  On December 11, 2016, Plaintiff filed a response to the order to show cause.  On December 12, 2016, the Court discharged the order to show cause and ordered the parties to file dispositional documents or a withdrawal of the notice of settlement on or before December 31, 2016.

On December 30, 2016, Plaintiff filed a request to withdraw the notice of settlement, which the Court construes as a notice to withdraw Plaintiff's notice of settlement. (ECF No. 32.) In light of Plaintiff withdrawing the notice of settlement, the parties shall be required to appear for a conference to address scheduling the pre-trial conference and trial in this matter. A party may appear telephonically for the hearing by contacting Courtroom Deputy Mamie Hernandez at (559) 499-5672 to obtain the teleconference number and teleconference code prior to the hearing.

Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a scheduling conference on January 17, 2017, at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **January 4, 2017**

UNITED STATES MAGISTRATE JUDGE