# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIASER MONTANEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00803-SAB<br><br>ORDER VACATING MARCH 22, 2017 HEARING |

Plaintiff Cynthia Hopson filed this action on May 26, 2015, against Defendants Eliaser Montanez, John Simon, and Rosemary Simon alleging violation of Title III of the Americans with Disabilities Act of 1990; the Unruh Civil Rights Act; and the California Disabled Persons Act. Plaintiff filed a motion for summary judgment and a motion for leave to file an amended complaint on February 17, 2017. Oral argument on Plaintiff's motions was set for March 22, 2017.

Pursuant to the Local Rule, Defendants' opposition to the motion for summary judgment and motion for leave to file an amended complaint was due on March 8, 2017. L.R. 230(c). Defendants did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c).

/ / /

Accordingly, IT IS HEREBY ORDERED that the hearing set for March 22, 2017, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **March 9, 2017**

UNITED STATES MAGISTRATE JUDGE

2