# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIASER MONTANEZ, et al.,<br><br>    Defendants. | Case No.  1:15-cv-00803-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE CLARIFICATION RE DECLARATION BY MARCH 13, 2017<br><br>(ECF Nos. 54) |

Plaintiff Cynthia Hopson filed this action on May 26, 2015, against Defendants Eliaser Montanez, John Simon, and Rosemary Simon alleging violation of Title III of the Americans with Disabilities Act of 1990; the Unruh Civil Rights Act; and the California Disabled Persons Act.  Currently pending in this action is Plaintiff's motion for summary judgment and on March 9, 2017, an order issued vacating the hearing as no opposition to the motion had been filed.  On March 9, 2017, Plaintiff's counsel filed a declaration regarding the Court's order directing Defendants' attorney to withdraw as counsel.  However, no order has issued in this action directing Defendants' counsel to withdraw.

In the declaration, counsel states that the parties have reached settlement in this action, however, it is unclear if this declaration has been filed in the correct action.  If the parties have reached settlement in this action, Plaintiff shall file a notice of settlement.

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a clarification regarding the declaration of Daniel Malakauskas by Monday, March 13, 2017.

IT IS SO ORDERED.

Dated: **March 10, 2017**

UNITED STATES MAGISTRATE JUDGE