# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIASER MONTANEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00803-SAB<br><br>ORDER VACATING DATES AND MATTERS AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 56)<br><br>NINETY DAY DEADLINE |

　　　　Plaintiff Cynthia Hopson filed this action on May 26, 2015, against Defendants Eliaser Montanez, John Simon, and Rosemary Simon alleging violation of Title III of the Americans with Disabilities Act of 1990; the Unruh Civil Rights Act; and the California Disabled Persons Act. On September 19, 2016, Plaintiff filed a notice of settlement and the parties were provided with forty-five days to file dispositive documents. On December 30, 2016, Plaintiff filed a request to withdraw the notice of settlement.

　　　　On March 13, 2017, Plaintiff filed a second notice of settlement and is requesting until January 15, 2018, to file the dispositional documents. The Court declines to grant the amount of time requested because of the length of the case and the past history regarding the last proposed settlement. Generally, the Court requires the parties to file dispositional documents within thirty days from the notice of settlement. The Court will allow the parties ninety days in which to file dispositional documents. If the parties are unable to complete their performance under the

settlement agreement, upon a showing of good cause, they may seek an extension of time.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within ninety days of the date of service of this order.

IT IS SO ORDERED.

Dated: **March 14, 2017**

UNITED STATES MAGISTRATE JUDGE

2