# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIASER MONTANEZ, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00803-SAB<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO ALLOW PLAINTIFF ABILITY TO REOPEN CASE AFTER DISMISSAL IF NECESSARY<br><br>(ECF No. 59) |

　　　　On March 13, 2017, Plaintiff Cynthia Hopson a notice of settlement and requested that the Court allow dispositional documents to be filed in January 2018.  The Court declined to allow the length of time requested and ordered the parties to file dispositional documents within ninety dates.  On March 17, 2017, Plaintiff filed a request to allow Plaintiff to reopen the case if necessary because it is not possible to fully perform under the settlement agreement within 90 days.

　　　　Based on Plaintiff's contention that the parties cannot fully perform under the settlement agreement within the time period provided to file dispositional documents, in this instance the Court will retain jurisdiction to enforce the settlement agreement until January 15, 2018.  If the parties wish for the Court to retain jurisdiction to enforce the settlement agreement such language should be included in the dispositional documents filed in this action.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request to allow Plaintiff the ability to reopen the case after dismissal is DENIED. If the parties wish for the Court to retain jurisdiction to enforce the settlement agreement until January 15, 2018, such language should be included in the dispositional documents filed in this action.

IT IS SO ORDERED.

Dated:   **March 20, 2017**

UNITED STATES MAGISTRATE JUDGE