# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>v.<br><br>ELIASER MONTANEZ, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00803-SAB<br><br>ORDER REQUIRING PARTIES TO FILE RESPONSE TO JUNE 21, 2017 ORDER TO SHOW CAUSE<br><br>JUNE 28, 2017 BY 5:00 PM DEADLINE |

On May 26, 2015, Plaintiff filed this action. (ECF No. 1.) On March 13, 2017, Plaintiff filed a notice informing the Court that the parties had reached settlement resolving this action. (ECF No. 56.) On March 14, 2017, an order issued ordering the parties to file dispositional documents within ninety days. (ECF No. 58.) The parties did not file dispositional documents or otherwise respond to the Court's order by the deadline. Therefore, on June 21, 2017, the Court issued an order requiring all parties to show cause in writing on or before June 26, 2017, why sanctions should not issue for the failure to comply with the March 14, 2017 order. (ECF No. 61.)

On June 26, 2017, the parties filed a stipulation of dismissal. (ECF No. 62.) However, the parties did not file a written response as to why sanctions should not issue for the failure to comply with the March 14, 2017 order.

1

Accordingly, IT IS HEREBY ORDERED that all parties shall file a written response to the June 21, 2017 order to show cause on or before **June 28, 2017 by 5:00 pm**. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __**June 27, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE