# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | Case No. 1:15-cv-00803-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| v. | |
| ELIASER MONTANEZ, et al., | (ECF No. 62) |
| Defendants. | |

On June 26, 2017, Plaintiff filed a stipulation dismissing this action with prejudice with each party to bear its own costs and fees and requesting that the Court retain jurisdiction until January 15, 2018, to allow Plaintiff the right to file and enforce a consent order entered into by the parties. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). However, the Court shall retain jurisdiction to enforce the settlement agreement until January 15, 2018.

IT IS SO ORDERED.

Dated:  __June 27, 2017__

UNITED STATES MAGISTRATE JUDGE

1