# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ELIASER MONTANEZ, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00803-SAB<br><br>ORDER DISCHARGING JUNE 21, 2017 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 61, 63, 65, 66) |

On May 26, 2015, Plaintiff filed this action. (ECF No. 1.) On March 13, 2017, Plaintiff filed a notice informing the Court that the parties had reached settlement resolving this action. (ECF No. 56.) On March 14, 2017, an order issued ordering the parties to file dispositional documents within ninety days. (ECF No. 58.) The parties did not file dispositional documents or otherwise respond to the Court's order by the deadline. Therefore, on June 21, 2017, the Court issued an order requiring all parties to show cause in writing on or before June 26, 2017, why sanctions should not issue for the failure to comply with the March 14, 2017 order. (ECF No. 61.)

On June 26, 2017, the parties filed a stipulation of dismissal. (ECF No. 62.) However, the parties did not file a written response as to why sanctions should not issue for the failure to comply with the March 14, 2017 order. Therefore, on June 27, 2017, the Court issued an order requiring the parties to file a written response to the June 21, 2017 order to show cause on or

1

before June 28, 2017, at 5:00 p.m. (ECF No. 63.)

On June 28, 2017, Plaintiff and Defendants filed responses to the order to show cause. (ECF Nos. 65, 66.) Based on Plaintiff and Defendants' responses, the order to show cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that the June 21, 2017 order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: __**June 28, 2017**__

UNITED STATES MAGISTRATE JUDGE